# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136276

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KORN FAMILY LIMITED PARTNERSHIP,
SHAUNA KORN and ASHLEY KORN,
        Plaintiffs-Counter-Defendants,
and

GALE KORN and SHELDON KORN,
        Plaintiffs-Counter-Defendants-
        Appellants,

v

HARBOR BUILDING COMPANY, L.L.C.,
DISCOUNT HOMES, L.L.C., NORTHERN
EXCAVATING, GRADING & SEPTIC, L.L.C.,
ABINGTON DEVELOPMENT COMPANY,
L.L.C., BRIDESTONE DEVELOPMENT
COMPANY, L.L.C., CLARITA COMMONS
DEVELOPMENT COMPANY, L.L.C., and
LAWRENCE LENCHNER,
        Defendants-Counter-Plaintiffs-
        Appellees.

SC: 136276
COA: 272813
Charlevoix CC: 03-172319-CB

_____/

On order of the Court, the application for leave to appeal the January 29, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

s0721